**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6957**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TERRAIL LAMONT JENNINGS,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:18-cr-00034-REP-RCY-1)

Submitted:  September 10, 2024          Decided:  September 19, 2024

Before WILKINSON, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrail Lamont Jennings, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrail Lamont Jennings appeals the district court's order denying his motions for compassionate release or a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm the district court's order. *See United States v. Jennings*, No. 3:18-cr-00034-REP-RCY-1 (E.D. Va. Aug. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*